**Exhibit "A"**

Exhibit A to Complaint



Exhibit A to Complaint

