# Exhibit "B"

Exhibit B to Complaint

