# Exhibit "C"

Exhibit C to Complaint

