# Exhibit "D"

Exhibit D to Complaint

