# EXHIBIT "E"

# *-APPLICATION-*

## Title
**Title of Work:** Halo Tutorial

## Completion/Publication
**Year of Completion:** 2014
**Date of 1st Publication:** February 7, 2014   **Nation of 1st Publication:** United States

## Author
- **Author:** Jessica Kerner
  **Author Created:** sound recording, performance

  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Halo Couture, LLC
26820 Hobie Circle, Murrieta, CA, 92562
**Transfer Statement:** Work for Hire

## Rights and Permissions
**Organization Name:** Halo Couture, LLC
**Telephone:** 800-220-0906
**Address:** 26820 Hobie Circle
Murrieta, CA 92562

## Certification
**Name:** Katherine Bond
**Date:** August 29, 2014

**Registration #:**

**Service Request #:** 1-1705153131

**Priority:** Routine  **Application Date:** August 29, 2014 11:25:50 AM

## Correspondent ───────────────────────────────────────────────

**Organization Name:** Leech Tishman

**Name:** Katherine Bond

**Email:** kbond@leechtishman.com

**Address:** 100 Corson Street
Third Floor
Pasadena, CA 91103

## Mail Certificate ───────────────────────────────────────────────

Brent Owens
26820 Hobie Circle
Murrieta, CA 92562